# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00080-CR

In re Lester Davis

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's "Original Application for Writ of Mandamus," filed on March 4, 2026, is denied.

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  March 26, 2026

Before Chief Justice Johnson,
       Justice Smith, and
       Justice Harris
Denied
Do Not Publish
OT06

